# IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ex rel. [UNDER SEAL], and | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) ) | CIVIL ACTION NO: 2:18-CV-01550-MMD-CWH |
| | ) ) ) | **FILED UNDER SEAL** |
| [UNDER SEAL], | ) ) | |
| Defendant. | ) ) | |

---

## FILED UNDER SEAL

---

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEVADA

FILED _____   RECEIVED _____
ENTERED _____   SERVED ON
COUNSEL/PARTIES OF RECORD

OCT 1 0 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES OF              )
AMERICA, ex rel.              )
WILLIAM O'DONNELL             )
                             )
    Plaintiff/Relator,       )     CIVIL ACTION NO:
                             )     2:18-CV-01550-MMD-CWH
v.                           )
                             )     **FILED UNDER SEAL**
UNIVERSAL HEALTH             )
SERVICES, INC., THE VALLEY   )
HEALTH SYSTEM and DESERT     )
SPRINGS HOSPITAL MEDICAL     )
CENTER                       )
                             )
    Defendants.              )

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Relator William O'Donnell hereby notices the voluntary dismissal of the above-captioned lawsuit arising under the Federal False Claims Act ("FCA"), 31 U.S.C. § 3729 *et seq.* In support, Relator states:

    1.    This matter was filed under seal on August 17, 2018, in the United States District Court for the District of Nevada pursuant to the FCA. Defendants Universal Health Services, Inc., The Valley Health System and Desert Springs Hospital Medical Center have not been served with the Complaint and thus have not served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

    2.    The FCA requires the consent of the Court and the Attorney General before claims arising under that statute may be dismissed. 31 U.S.C. § 3730(b)(1). The United States provides such consent on the basis that dismissal of the FCA claims would be in the interests of justice.

For the foregoing reasons, Realtor William O'Donnell respectfully files this Notice of Voluntary Dismissal.

2

Dated this the 10th day of October, 2018.

Dillon G. Coil
Gabriel A. Martinez
Greenman, Goldberg, Raby & Martinez
601 S Ninth Street
Las Vegas, Nevada  89101

Tel: (702) 384.1616

Fax: (702) 384.2990
dcoil@ggrmlawfirm.com
gmartinez@ggrmlawfirm.com

*Attorneys for Relator*

Troy K. Flake
Assistant United States Attorney
501 Las Vegas Blvd. S. #1100
Las Vegas, Nevada  89101
Tel: (702) 388-5071

So ORDERED this 15th day of October, 2018.

_____
United States District Judge